**SEDGWICK LLP**
JOHN F. STEPHENS (State Bar No. 178301)
john.stephens@sedgwicklaw.com
KANIKA D. CORLEY (State Bar No. 223607)
kanika.corley@sedgwicklaw.com
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017
Telephone:  213.426.6900
Facsimile:  213.426.6921

**SEDGWICK LLP**
DOUGLAS E. WANCE (State Bar No. 208170)
doug.wance@sedgwicklaw.com
3 Park Plaza, 17th Floor
Irvine, CA 92614-8540
Telephone:  949.852.8200
Facsimile:  949.852.8282

Attorneys for Plaintiff
CENTRAL BASIN MUNICIPAL WATER DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL BASIN MUNICIPAL WATER DISTRICT, a public agency,<br><br>Plaintiff,<br><br>v.<br><br>WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA, a public agency; DOES 1-10,<br><br>Defendants. | CASE NO.: 2:11-CV-07531-CAS (RZx)<br><br>RULE 26(f) REPORT SUBMITTED BY CENTRAL BASIN MUNICIPAL WATER DISTRICT ONLY<br><br>Scheduling Conf.: Nov. 28, 2011<br>Time: 11:00 a.m.<br>Courtroom: 5<br><br>Motion to Dismiss: December 19, 2011 |

This Report is presented by Plaintiff CENTRAL BASIN MUNICIPAL WATER DISTRICT (referred to as "CBMWD"), only.

Counsel for CBMWD and Defendant WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA met telephonically on November 21, 2011, and discussed the matters required in Fed.R.Civ.P. 26 and Local Rule 26-1.

A draft Joint Report was provided to counsel for Defendant on November 22, 2011. Defense counsel advised that it was unacceptable as drafted and advised that revisions would be provided that same evening or following morning. As of the afternoon of November 23, 2011, no such revisions have been received. Given the date, time, earlier request by the Court's Clerk for status as to the filing of the Report, impending Thanksgiving holiday and upcoming Court appearance, CBMWD believes it necessary to, at least, provide the Court with CBMWD's proposals for discovery plan and other matters that are required by Fed.R.Civ.P. 26(f).

Counsel for Defendant has been advised to file a proposed Report on behalf of their client.

## I.  BRIEF SUMMARY OF THE CASE

On September 13, 2011, CBMWD filed suit against WRD alleging violations of federal cybersquatting legislation, common law trademark infringement and unfair competition, related to the use, in commerce, of certain domain names and a twitter account. A First Amended Complaint was filed on October 24, 2011.

CBMWD, a public agency, specifically alleges that WRD, another public agency, owns, controls and maintains multiple domain names and at least one twitter account that WRD uses to actively engage in the publication of false information as well as information that is intentionally misleading with regard to CBMWD, thereby placing CBMWD in a false light. By utilizing domain names consisting of words that are generally accepted and understood to describe and/or refer to the Central Basin Municipal Water District, WRD is engaging in unlawful cybersquatting, trademark infringement, among other violations of the law. Despite multiple requests that predate the filing of the action that WRD cease and desist the offending conduct, WRD first denied affiliation then declined to stop. The offending conduct must be immediately stopped, enjoined and domain names

turned over to CBMWD. These remedies are necessary and appropriate so as to mitigate the extent of irreparable harm suffered to date, which includes but is not limited to the fact that the public continues to be misdirected to WRD's sites and twitter account (placed at issue by the operative Complaint), where it receives false and misleading information concerning CBMWD.

<u>WRD's exact contentions are not available to CBMWD at this time.</u>

## II.  DISCOVERY PLAN

### A.  Early Disclosures

CBMWD believes the parties agree that there will be no changes to the disclosure requirements of Rule 26(a)(1). CBMWD believes the parties agree that Initial Disclosures will be exchanged no later than December 5, 2011.

<u>WRD's exact intentions with regard to early disclosures are not available to CBMWD at this time</u>

### B.  Subjects For Discovery

#### 1. Proposed by CBMWD

Subjects for discovery include whether there exists a valid business purpose for the use of the domain names and twitter feeds in the manner they are being used, by a public agency; purchase and construction of websites; control of website content; screenshots of domain names; directions and instructions regarding method and manner of use of domain names and twitter feeds; scope and use of "Central Basin" by WRD to refer to CBMWD; consumer confusion; payment and costs associated with the domain names and twitter feeds; prior names used by WRD and reasons for name change; prior admissions of confusion as to the use of the name "Central Basin" as admitted by WRD; extent and scope of relationship between WRD and Greg Osti and/or Immersiv Media;

CBMWD intends to propound written discovery, take depositions of pertinent fact witnesses, 30(b)(6) witnesses, third-party witnesses and expert witnesses.

      2.      **Proposed by WRD**

<u>WRD's exact proposals for discovery are not available to CBMWD at this time.</u>

    C.    **Changes In Discovery Limitations**

CBMWD believes the parties agree that there should be no changes in limitations on discovery in the Federal Rules and Local Rules.

<u>WRD's exact intentions with regard to proposed changes in discovery are not available to CBMWD at this time.</u>

    D.    **Other Orders**

CBMWD believes the parties agree to exchange a proposed Stipulated Protective Order, if the need arises.

<u>WRD's exact intentions regarding other proposed orders, including a Stipulated Protective Order, is not available to CBMWD at this time.</u>

    E.    **Scheduling**

CBMWD expects to conduct written discovery prior to taking party depositions. In addition to party depositions, CBMWD intends to take the depositions of third party witnesses. The parties do not believe it is necessary to conduct discovery in phases.

CBMWD proposes that fact discovery be completed by May 30, 2012. CBMWD proposes that expert disclosure occur on June 13, 2012. CBMWD proposes that expert discovery close on August 3, 2012.

<u>WRD's exact scheduling proposals are not available to CBMWD at this time.</u>

**III.   OTHER ISSUES**

    A.    **Complex litigation procedures**

CBMWD believes the parties agree that this case does not constitute complex litigation.

/ / /

1  <u>WRD's exact intentions regarding the proposed complexity of this case are</u>
2  <u>not available to CBMWD at this time.</u>
3      **B.    Dispositive motions**
4  CBMWD believes the parties anticipate filing motions directed to issues of
5  liability and damage. CBMWD proposes that dispositive motions be filed not
6  later than July 2, 2012.
7  <u>WRD's exact proposals regarding the intent to file dispositive motions and</u>
8  <u>the filing deadline for dispositive motions are not available to CBMWD at this</u>
9  <u>time.</u>
10     **C.    Settlement Efforts**
11 CBMWD believes the parties discussed methods of Alternative Dispute
12 Resolution. CBMWD believes the parties agree to confer with their clients to
13 determine the possibility for an in-person settlement meeting with the Magistrate
14 Judge.
15 <u>WRD's exact intentions with regard to the manner, method and scope of</u>
16 <u>ADR are not available to CBMWD at this time.</u>
17     **D.    Trial Estimate**
18 CBMWD believes the parties agreed that a jury trial of three to five days is
19 anticipated.
20 <u>WRD's exact intentions with regard to trial estimate are not available to</u>
21 <u>CBMWD at this time.</u>
22     **E.    Additional Parties**
23 CBMWD is considering whether to amend its First Amended Complaint in
24 order to add additional defendants.
25 <u>WRD's exact intentions with regard to adding parties are not available to</u>
26 <u>CBMWD at this time.</u>
27 / / /
28 / / /

### F. Amendments to Pleadings

CBMWD believes that WRD requested CBMWD amend its First Amended Complaint consistent with the challenges presented in the Motion to Dismiss. CBMWD continues to consider the request and challenges lodged. CBMWD may amend the First Amended Complaint.

<u>WRD's exact intentions with regard to amending pleadings are not available to CBMWD at this time.</u>

### G. Pretrial and trial dates.

CBMWD proposes the pretrial conference be held on August 13, 2012, with trial to commence on August 27, 2012.

<u>WRD's exact intentions regarding proposals for pretrial conference and trial commencement are not available to CBMWD at this time.</u>

DATED: November 23, 2011         SEDGWICK LLP

By: _____
John F. Stephens
Douglas Wance
Kanika D. Corley
Attorneys for Plaintiff
CENTRAL BASIN MUNICIPAL WATER DISTRICT